**Charles A Dawell, appellant, v. Union Trust Company, appellee. Gen. No. 33,410.**

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Norman A. Beck and Otto G. Ryden, for appellant. Gann, Secord & Stead, for appellee; Guy Van Schaick, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**Tehama Janice Writer, appellee, v. Bernard W. Snow, bailiff of the municipal court of Chicago and S. Rugendorf, defendants. S. Rugendorf, appellant. Gen. No. .33,548.**

Opinion filed December 31, 1929.

Malkin & Malkin, for appellant. Joseph O. McKiernan and Cecil Smith, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**William W. Witt, appellee, v. Security Trust & Deposit Company, appellant. Gen. No. 33,569.**

Opinion filed December 31, 1929.

Pines, Morse & Stein, for appellant; Alvin E. Stein and Philip Appel, of counsel. K. B. Czarnecki, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**The T. A. Snider Preserve Company for use of Hartford Accident & Indemnity Company, appellant, v. The Peoples Trust & Savings Bank of Chicago, appellee. Gen. 33,578.**

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Schuyler, Weinfeld & Parker, for appellant; Carl. J. Appell, Henry E. Jacobs and Howard D. Moses, of counsel. Dent, Dobyns & Freeman, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.